IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. 3:19-CV-01618 |
| TAYLORMADE HEAT & AIR, LLC, CHRISTINE GANCARZ, HARRY HARRISON, STEVE BOTTUM, CLINT RACHAL, GENA RACHAL, LARRY WALTON, AMAR ALI, MICHAEL BUCHANAN, DEBBIE CARSON, JANE EDWARDS, BRIAN TOLIVER, PHILLIP ST. GEORGE, SALLY YAMINI, RICHIE BOYD, RHONDA JONES, M CENTRAL RESIDENCES CONDOMINIUM ASSOCIATION, INC., M CENTERAL MASTER CONDOMINIUM ASSOCAITON, INC. AND GREAT AMERICAN INSURANCE COMPANY, | § § § § § § § § § § § § § § § § | |
| *Defendants*. | § | |

**DEFENDANT TAYLORMADE HEAT & AIR, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT SEEKING DECLARATORY JUDGMENT**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant Taylormade Heat & Air, LLC ("Taylormade"), hereby files its Motion to Dismiss Plaintiff's Complaint Seeking Declaratory Judgment (the "Motion to Dismiss") and respectfully states as follow:

For the reasons set forth in Taylormade's Brief in Support of Motion to Dismiss Plaintiff's Complaint, Taylormade respectfully requests that the Court, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, grants the Motion to Dismiss and dismisses Plaintiff Atlantic Casualty Insurance Company's action against Taylormade.

WHEREFORE, PREMISES CONSIDERED, Taylormade respectfully requests that this Court enter an order granting its Motion to Dismiss Plaintiff's Complaint Seeking Declaratory Judgment, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

*s/ Nejat A. Ahmed*
Nejat A. Ahmed
Texas State Bar No. 24034304
nejat@lalawtx.com
Jennifer B. LeMaster
State Bar No. 24041063
jennifer@lalawtx.com
**LEMASTER & AHMED PLLC**
555 Republic Drive, Suite 200
Plano, Texas 75074
Telephone:     972.484.0410
Facsimile:     972.484.0413

ATTORNEYS FOR DEFENDANT,
TAYLORMADE HEAT & AIR, LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 30th day of July, 2019 to:

Camille Johnson
William C. Vanderbilt
Savrick, Schumann, Johnson, McGarr, Kaminski, Shirley, LLP
6440 N. Central Expressway, Suite 107
Dallas, Texas 75206

*/s/ Nejat A. Ahmed*
Nejat A. Ahmed