IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, § § § *Plaintiff,* § § v. § § TAYLORMADE HEAT & AIR, LLC, § CHRISTINE GANCARZ, HARRY § HARRISON, STEVE BOTTUM, § CLINT RACHAL, GENA RACHAL, § LARRY WALTON, AMAR ALI, § MICHAEL BUCHANAN, DEBBIE § CARSON, JANE EDWARDS, BRIAN § TOLIVER, PHILLIP ST. GEORGE, § SALLY YAMINI, RICHIE BOYD, § RHONDA JONES, M CENTRAL § RESIDENCES CONDOMINIUM § ASSOCIATION, INC., M CENTRAL § MASTER CONDOMINIUM § ASSOCIATION, INC., AND GREAT § AMERICAN INSURANCE COMPANY, § § *Defendants*. § | CIVIL ACTION NO. 3:19-CV-01618 |

**DEFENDANTS GREAT AMERICAN INSURANCE COMPANY AND M CENTRAL
RESIDENCES CONDOMINIUM ASSOCIATION, INC.'S
MOTION FOR DISMISSAL UNDER
<u>FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)</u>**

TO THE HONORABLE COURT:

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendants, Great American Insurance Company and M Central Residences Condominium Association, Inc. (hereafter collectively referred to as "Defendants"), hereby file their Motion to Dismiss Plaintiff's

Complaint Seeking Declaratory Judgment (the "Motion to Dismiss") and respectfully state as follows:

1. For the reasons set forth in Defendants' Brief in Support of Defendants' Motion to Dismiss Plaintiff's Complaint, Defendants respectfully request that the Court, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, grants the Motion to Dismiss and dismisses Plaintiff, Atlantic Casualty Insurance Company's declaratory judgment action.

        Respectfully submitted,

        GAUNTT KOEN BINNEY & KIDD LLP

        By:    /s/ J. Chad Gauntt
            J. Chad Gauntt
            State Bar No. 07765990
            Attorney in Charge
            W. Chris Surber
            State Bar No. 24064052
        25700 I-45 North, Suite 130
        Spring, TX 77386
        Telephone:    281-367-6555
        Facsimile:    281-367-3705
        Email: chad.gauntt@gkbklaw.com
        Email: chris.surber@gkbklaw.com
        Counsel for Defendants,
        Great American Insurance Company &
        M Central Residences Condominium
        Association, Inc.

Local Counsel for Counsel for Counsel for Defendants, Great American Insurance Company & M Central Residences Condominium Association, Inc.:

    Karl W. Koen
    State Bar No. 111652275
    GAUNTT KOEN BINNEY & KIDD LLP
    14643 Dallas Parkway, Suite 500
    Dallas, TX  75254
    Telephone:    972-630-4620
    Facsimile:    972-630-4669
    Email: karl.koen@gkbklaw.com

**CERTIFICATE OF SERVICE**

  Pursuant to the Federal Rules of Civil Procedure, a copy of this document was served on Plaintiff's counsel on August 28, 2019.

Camille Johnson (attorney in charge) (TBN: 10686600)
William C. Vanderbilt (TBN: 24110472)
Savrick, Schumann, Johnson, McGarr, Kaminski & Shirley, LLP
6440 N. Central Expressway, Suite 107
Dallas, Texas 75206
Tel: (214) 368-1515
Fax: (214) 292-9647
Email:  camille@ssjmlaw.com
Email:  will@ssjmlaw.com
Counsel for Plaintiff,
Atlantic Casualty Insurance Company

Nejat A. Ahmed (TBN:  24034304)
Jennifer B. LeMaster (TBN: 24041063)
LEMASTER & AHMED PLLC
555 Republic Drive, Suite 200
Plano, Texas 75074
Telephone: 972.484.0410
Facsimile: 972.484.0413
Email:  nejat@lalawtx.com
Email:  jennifer@lalawtx.com
ATTORNEYS FOR DEFENDANT,
TAYLORMADE HEAT & AIR, LLC

            /s/ W. Chris Surber
            _____
            W. Chris Surber